*Philip W. Russell* and *William K. Dupre, Jr.*, for Edward N. Jesup, appellant.

*Edward M. Grout* and *F. Sidney Williams* for People's Surety Company, appellant.

*Henry H. Abbott* and *Edward A. Craighill, Jr.*, for respondent.

Order affirmed, with costs, and questions certified answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

In the Matter of the Transfer Tax upon the Estate of ERVIN SAUNDERS, Deceased.

WESTCHESTER COUNTY SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Saunders*, 156 App. Div. 891, affirmed.
(Submitted April 14, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department,

entered April 14, 1913, which affirmed an order of the Westchester County Surrogate's Court assessing a transfer tax upon legacies bequeathed to appellants under the will of Ervin Saunders, deceased.

*Ralph Earl Prime, Jr.*, and *Max Cohen* for appellants.

*Winfield L. Morse* and *John J. Sinnott* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.